IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JOSEPH EMERSON BERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 625-005 |
| | ) | |
| LELAND DUDEK, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant.[1] | ) | |

**O R D E R**

On February 7, 2025, Plaintiff commenced the above-captioned case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). (Doc. nos. 1, 2.) On February 11, 2025, the Court granted Plaintiff's IFP motion and ordered him to amend his complaint to fix certain pleading deficiencies. (Doc. no. 4.) Thereafter, Plaintiff obtained counsel, (doc. no. 5), and filed an amended complaint through counsel on February 26, 2025, (doc. no. 6).

In light of the foregoing, the Court accepts Plaintiff's amended complaint as the operative pleading. (Doc. no. 6.) Furthermore, in consideration of Rules 3 and 4 of the Supplemental Rules for Social Security Actions Under 42 U.S.C. § 405(g), the Court resets the deadline for Defendant's response to Plaintiff's amended complaint based on the filing date of the amended complaint. Accordingly, Defendant shall have through and including

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the Court **DIRECTS** the **CLERK** to substitute Leland Dudek, Acting Commissioner of Social Security Administration, as the proper Defendant.

April 28, 2025,[2] within which to answer, move, or otherwise plead to Plaintiff's amended complaint.

SO ORDERED this 27th day of February, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[2] Pursuant to Rule 4, Defendant must serve an answer within sixty days after notice of the action is given under Rule 3. However, because sixty days from February 26, 2025, the filing date of the amended complaint, falls on a Sunday, the Court extends the deadline for Defendant's answer to the following Monday, April 28, 2025.