AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOSEPH EMERSON BERG,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:25-cv-00005

FRANK BISIGNANO, Commissioner of Social Security,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed June 3, 2025, judgment is entered in favor of Plaintiff Joseph Emerson Berg and against Defendant Frank Bisignano. The Commissioner's decision is reversed, and this action is remanded for further proceedings. This case stands closed.



6/3/2025
Date

John E. Triplett, Clerk of Court
Clerk

GAS Rev 10/2020

AO 450 (GAS Rev 09/08) Judgment in a Civil Case

*(By) Ann Duke, Deputy Clerk*